UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WILLIAM N. MORALES,

        Plaintiff,

vs.

                                  Civil Action No.:
                                  7:20-CV-10568-KMK-PED

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## ORDER

AND, NOW, this ___20___ day of August, 2021, upon consideration of Plaintiff's Motion for

an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is

due October 4, 2021.  All subsequent deadlines are also extended by thirty (30) days.

Entered: ___8/20/21___

Clerk shall close Dkt. # 14.